**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 24 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-50127 |
| Plaintiff-Appellee, | D.C. No. 3:14-cr-02212-H-1 |
| v. | |
| SERGIO RICARDO ORTIZ-LUCATERO, | ORDER* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Marilyn L. Huff, District Judge, Presiding

Argued and Submitted May 4, 2016
Pasadena, California

Before: FISHER, M. SMITH, and NGUYEN, Circuit Judges.

The Joint Motion to Summarily Reverse and Remand is GRANTED. We

remand for resentencing on a closed record as to the conviction under California

Health and Safety Code § 11352(a), but otherwise on an open record. *See United*

*States v. Espinoza-Morales*, 621 F.3d 1141, 1152 (9th Cir. 2010) (remanding on

closed record where government failed to show that prior convictions qualified as

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

crimes of violence and did not identify any additional materials it could offer at resentencing); *United States v. Matthews*, 278 F.3d 880, 885-90 (9th Cir. 2002) (en banc).

**SENTENCE VACATED; REMANDED.**